ROGER W. CLARK, ESQUIRE (SBN 108982)
Email: rclark@cgold.cc
ROBERT D. GOLDBERG, ESQUIRE (SBN 137356)
Email: Rgoldberg@cgold.cc
**CLARK, GOLDBERG & MADRUGA**
11400 W. Olympic Blvd., Suite 1150
Los Angeles, CA 90064
Tel: (310) 478-0077   Fax: (310) 478-0099

FILED
NOV 20 2007
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

Attorneys for **KRISPY KREME DOUGHNUT CORPORATION**

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| | |
|---|---|
| In Re<br><br>GREAT CIRCLE FAMILY FOODS, LLC, GCFF-CANOGA, LLC; GCFF-HUNTINGTON PARK, LLC, GCFF-ONTARIO, LLC; GCFF-ORANGE, LLC; and GCFF-SAN DIEGO, LLC,<br><br>Debtors.<br><br>DAVID HOUSER, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>GREAT CIRCLE FAMILY FOODS, et al.,<br><br>Defendants. | Case No. 8:07-bk-12600-ES<br><br>Jointly Administered under Case Nos.:<br>Case No. 8:07-bk-12603-ES<br>Case No. 8:07-bk-12605-ES<br>Case No. 8:07-bk-12606-ES<br>Case No. 8:07-bk-12602-ES<br>Case No. 8:07-bk-12604-ES<br><br>CHAPTER 11<br>Adv. Pro. No. SA-07-01321-ES<br><br>**DECLARATION OF MARLA BAKER IN SUPPORT OF DEFENDANT KRISPY KREME DOUGHNUT CORPORATION'S MOTION FOR SUMMARY JUDGMENT**<br><br>[Notice of Motion and Motion for Summary Judgment; Memorandum of Points and Authorities; Separate Statement; Decl. of Robert Pajor; Decl. of Robert D. Goldberg; Decl. of Charles W. Bruton, III; filed under separate cover; Proposed Order lodged concurrently herewith]<br><br>Date: January 10, 2008<br>Time: 2:00 p.m.<br>Place: Courtroom 5A<br>      411 West Fourth St, Santa Ana, CA |

1

DECLARATION OF MARLA BAKER

ORIGINAL

## DECLARATION OF MARLA BAKER

I, MARLA BAKER, declare as follows:

1. I am the Director of Operations HR for Defendant Krispy Kreme Doughnut Corporation ("KKDC"). I have been in this position since January 24, 2005. I have been employed in human resources at KKDC since February 24, 1999.

2. In my position as Director of Operation HR for KKDC, I am responsible for general human resources support for store operations. More specifically, I am responsible for developing, interpreting and enforcing human resources policies, assisting managers in areas of employee relations and dispute resolution, managing employee litigation procedures and the company's response to litigation, conducting exit interviews, conducting employee roundtables and opinion surveys, providing functional support in various areas of human resources including recruiting, employee/labor relations, wage and salary administration, benefits, training and development and special projects, providing assistance in the area of labor relations, conducting human resources audits to assist and coach managers on human resources compliance, coordinated human resources/employee relations training, as necessary, serving as the EEO officer, and serving as the main contact for compliance audits or other inquiries for government agencies. I am also the custodian of records for the personnel files of the employees of KKDC. If called to testify, I could and would competently testify under oath to the facts set forth herein, based on my own personal knowledge.

3. KKDC does not have any employees with the title or position of "Unit Manager", nor did it have any employees with the position of "Unit Manager" between the years 2000 through 2005.

///

DECLARATION OF MARLA BAKER

4.    David D. Houser never has been an employee of KKDC. David Houser never has been on KKDC's payroll. KKDC did not control David Houser's work schedule, or direct his work when he was employed by Great Circle Family Foods, LLC ("Great Circle") in Southern California.

5.    Richard Steven Erdos never has been an employee of KKDC. Richard Steven Erdos never has been on KKDC's payroll. KKDC did not control Richard Steven Erdos' work schedule, or direct his work when he was employed by Great Circle in Southern California.

6.    KKDC never has employed anyone in Southern California, an area bounded by the Pacific Ocean to the west, Kern County on the north, the Arizona border on the east, and Mexico on the South. Moreover, KKDC has never employed anyone at any of the following locations in California which are owned and/or operated by Great Circle: Bakersfield, Burbank, Canoga Park, Cerritos, City of Industry, Clairemont, El Cajon, Encinitas, Gardena, Huntington Park, La Habra, Long Beach, Los Angeles, Mission Viejo, Ontario, Orange, Oxnard, Palmdale, Pico Rivera, Riverside, San Marcos, Santa Ana, Sports Arena, Temecula, Torrance, or Van Nuys.

7.    KKDC has never set compensation or dictated the method of payment for any GCFF employees who work in Krispy Kreme stores in Southern California.

8.    KKDC does not possess or maintain any employment records for any GCFF employees who work in Krispy Kreme stores in Southern California.

3

DECLARATION OF MARLA BAKER

9. KKDC has had no involvement in any decision whether any GCFF unit managers or managers should be classified as exempt employees.

10. KKDC has had no involvement related to the payroll for employees of GCFF working at Krispy Kreme Stores.

11. KKDC has had no involvement for any compliance of GCFF with respect to any wage laws for GCFF employees working in Krispy Kreme stores in Southern California.

I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct. Executed this  19  day of November, 2007, at  Winston-Salem, North Carolina.

                                               /S/
                                          MARLA BAKER

F:\WORK\07-1772\PLEADINGS\BANKRUPTCY\MOTIONS\BAKER-DECLARATION_001.DOC

4

DECLARATION OF MARLA BAKER

9. KKDC has had no involvement in any decision whether any GCFF unit managers or managers should be classified as exempt employees.

10. KKDC has had no involvement related to the payroll for employees of GCFF working at Krispy Kreme Stores.

11. KKDC has had no involvement for any compliance of GCFF with respect to any wage laws for GCFF employees working in Krispy Kreme stores in Southern California.

I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct. Executed this _19_ day of November, 2007, at _Winston-Salem_, _North Carolina_

_____
MARLA BAKER

F:\WORK\07-1772\PLEADINGS\BANKRUPTCY\MOTIONS\BAKER-DECLARATION_001.DOC

4

DECLARATION OF MARLA BAKER

**PROOF OF SERVICE - by** *Facsimile and/or U.S. Mail*

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is that of Clark, Goldberg & Madruga located at 11400 W. Olympic Boulevard, Suite 1150, Los Angeles, California 90064.

On __November 20, 2007__ the foregoing document described as:
**DECLARATION OF MARLA BAKER IN SUPPORT OF DEFENDANT KRISPY KREME DOUGHNUT CORPORATION'S MOTION FOR SUMMARY JUDGMENT;** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

**"SEE ATTACHED SERVICE LIST"**

___ **(BY ELECTRONIC TRANSMISSION-VIA FACSIMILE)** I caused all of the pages of the above-entitled document, excluding exhibits, to be sent to the indicated recipient(s) noted above **via** electronic transmission (FACSIMILE OR FAX) at the indicated facsimile number(s).

__X__ **(BY MAIL)** I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary court of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on __November 20, 2007__ at Los Angeles, California.

__X__   (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.



JUANA E. GUEVARA
Type or Print Name                                Signature

# SERVICE LIST

*Houser v. Great Circle Family Foods*

U. S. Bankruptcy Court – Central District of California- Santa Ana Division
Bankruptcy Case No. 8:07-bk-12600 and Adversary Proceeding: SA-07-01321-ES

**Our File No.: 07-1772**

**DEBTORS:**

**GREAT CIRCLE FAMILY FOODS, et.al.**
717 State College Blvd. No. I
Fullerton, CA 92831

**Attys. For Debtors, GREAT CIRCLE FAMILY FOODS, LLC; GCFF-HUNTINGTON PARK, LLC; GCFF-ORANGE, LLC; GCFF-SAN DIEGO, LLC; GCFF-CANOGA, LLC; GCFF-ONTARIO, LLC:**

Ron Bender, Esquire
Monica Y. Kim, Esquire
Kim Tung, Esquire
**Levene Neale Bender Rankin & Brill, LLP**
10250 Constellation Blvd., Suite 1700
Los Angeles, CA 90067
Tel: (310) 229-1234
Fax: (310) 229-1244

**Attys. for Defendant GREAT CIRCLE FAMILY FOODS, LLC:**

Richard G. Reinis, Esquire
Jeffrey M. Goldman, Esquire
**STEPTOE & JOHNSON, LLP**
2121 Avenue of the Stars, Suite 2800
Los Angeles, CA 90067
Tel: (310) 734-3200
Fax: (310) 734-3300

**U.S. TRUSTEE:**

| | |
|---|---|
| **Office of the U.S. Trustee** | **Office of the U.S. Trustee** |
| Ernst & Young Plaza | 411 West Fourth Street, Suite 9041 |
| 725 S. Figueroa St., 26th Floor | Santa Ana, CA 92701 |
| Los Angeles, CA 90017 | |

# SERVICE LIST
*Houser v. Great Circle Family Foods*
U. S. Bankruptcy Court – Central District of California- Santa Ana Division
Bankruptcy Case No. 8:07-bk-12600 and Adversary Proceeding: SA-07-01321-ES

**Our File No.: 07-1772**

**Attorneys For Defendant KRISPY KREME DOUGHNUT CORPORATION:**

| | |
|---|---|
| David M. Poitras, P.C. | Christopher R. Kaup, Esquire |
| **JEFFER, MANGELS, BUTLER & MARMARO, LLP** | **TIFFANY & BOSCO, PA** |
| 1900 Avenue of the Stars, Seventh Floor | Camelback Esplanade II, Third Floor |
| Los Angeles, CA 90067-4308 | 2525 East Camelback Road |
| Tel: (310) 203-8080 | Phoenix, AZ 85016 |
| Fax: (310) 203-0567 | |
| E-mail: dpoitras@jmbm.com | |

**Attorneys For Plaintiffs DAVID HOUSER AND RICHARD STEVEN ERDOS:**

| | |
|---|---|
| Patricio T.D. Barrera, Esquire | **Co-Counsel** |
| **BARRERA & ASSOCIATES** | Robert S. Green, Esquire |
| 1500 Rosecrans Ave., Suite 500 | **GREEN WELLING, LLP** |
| Manhattan Beach, CA 90266 | 595 Market Street, Suite 2750 |
| Tel: (310)802-1500 | San Francisco, CA 94105 |
| Fax: (310) 802-0500 | Tel: (415) 477-6700  Fax: (415) 477-6710 |

**Attorneys For Defendant ADMINISTAFF COMPANIES, INC.:**

| | |
|---|---|
| John M. Polson, Esquire | Charles A. Beckham, Jr., Esquire |
| Rafael G. Nendel-Flores, Esquire | Karl D. Burrer, Esquire |
| **FISHER & PHILLIPS, LLP** | **HAYNES AND BOONE, LLP** |
| 18400 Von Karman Avenue | 1 Houston Center |
| Suite 400 | 1221 McKinney Street, Suite 2100 |
| Irvine, CA 92612 | Houston, TX 77010 |
| Tel: (949) 851-2424  Fax: (949) 851-0152 | |

# SERVICE LIST
### *Houser v. Great Circle Family Foods*

U. S. Bankruptcy Court – Central District of California- Santa Ana Division
Bankruptcy Case No. 8:07-bk-12600 and Adversary Proceeding: SA-07-01321-ES

**Our File No.: 07-1772**

**Attorneys For OCC:**

Evan D. Smiley, Esquire
Hutchinson B. Meltzer
**WEILAND GOLDEN SMILEY WANG, ET. AL.**
650 Town Center Drive
Suite 950
Costa Mesa, CA  92626

**Attorneys For Defendants:**

Belle C. Mason, Esq.
Mitchell N. Reinis,
**SILVER & FREEDMAN**
2029 Century Park East, 19th Floor
Los Angeles  CA  90067-3005